Robert J. Berens (Cal. Bar. No. 141647)
**LANGLEY LLP**
2001 E. Campbell Ave., Ste. 203
Phoenix, Arizona 85016
Telephone:  (602) 428-7339
Facsimile: (602) 795-6077
E-Mail: rberens@l-llp.com

*Attorneys for Great American Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN HOUSING GROUP, INC., a California corporation; AMERICAN HOUSING GROUP PARTNERS III, L.P., a California limited partnership; CITIZENS HOME DEVELOPMENT, INC., a California corporation; AMERICAN HOUSING GROUP-VICTORVILLE 15, LLC, a California limited liability company; MADELINE M. TATUM, an individual; and TODD N. TATUM, an individual.<br><br>　　　　　Defendants. | Case No. 5:14-CV-02368-R<br><br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff Great American Insurance Company's ("Plaintiff") *Motion for Entry of Default Judgment* [ECF No. 36] (the "Motion"). The Court having issued an *Order Granting Plaintiff's Motion for Default Judgment* [ECF No. 39], and the Court having reviewed the complete record before the Court, finds that Defendants (i) American Housing Group, Inc., (ii) American Housing Group Partners III, L.P., (iii) Citizens Home Development, Inc., (iv) American Housing Group-Victorville 15, LLC, (v) Madeline M. Tatum and (vi)

Todd N. Tatum were regularly served with process and failed to appear and answer Plaintiff's Complaint within the time period prescribed by law, that the defaults of Defendants were duly entered by the Clerk of this Court, that Plaintiff's claim is for a sum certain, that Defendants are not members of the United States armed services, and the Plaintiff is entitled to the relief requested.

Based upon the foregoing findings:

IT IS ORDERED, ADJUDGED AND DECREED entering Judgment in favor of Plaintiff and against Defendants, jointly and severally, individually and on behalf of the marital community, as follows:

(1) Upon Plaintiff's First Cause of Action, in the principal amount of $100,000.00, plus prejudgment interest in the amount of $42,531.00 through September 21, 2015.

(2) Upon Plaintiff's Second Cause of Action, in the principal amount of $80,926.97, plus prejudgment interest in the amount of $8,225.73 through September 21, 2015.

(3) Dismissing without prejudice Plaintiff's Third, Fourth and Fifth Causes of Action.

Dated: December 14, 2015

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE